UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:15-cv-61970-COHN/SELTZER

MICHAEL KORETSKY, FRANK KORETSKY, INTERNATIONAL VIDEO DISTRIBUTORS, LLC, BEAUMONT FUND, LLC, and LONGMEADOW TRADING, LLC,

     Plaintiffs,

v.

SEYFARTH SHAW LLP, JOHN E. ROGERS, individually and d/b/a ROGERS & ASSOCIATES, JETSTREAM BUSINESS LIMITED, WARWICK TRADING, LLC, and SUGARLOAF FUND, LLC,

     Defendants.

_____/

**AFFIDAVIT OF PETER C. WOODFORD IN SUPPORT OF DEFENDANT SEYFARTH SHAW LLP'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) ss: |
| COUNTY OF COOK | ) |

Before me, the undersigned authority, personally appeared Peter C. Woodford, who first being duly sworn, deposes and states as follows:

1.    My name is Peter C. Woodford, I am an attorney licensed to practice law in the State of Illinois and a partner of Seyfarth Shaw, LLP ("Seyfarth" or the "Firm"). I have been a partner at the Firm since 1985 (previously as an associate since 1978), and served as the Firm's General Counsel from November 1, 1999 through October 2010. I currently serve as the Firm's Associate General Counsel, having served in that position since October 2010. I make this affidavit on my own personal knowledge.

Exhibit 1

2.  By virtue of my positions with the Firm, I am personally familiar with Seyfarth's practices and procedures, records and operations of Seyfarth, as they relate to the facts set forth in this Affidavit.

3.  Seyfarth is an international law firm headquartered in Chicago, Illinois. Seyfarth provides legal services to its clients with its primary practice areas including labor and employment, corporate/business services, real estate, litigation and employee benefits matters.

4.  Seyfarth has offices in 10 locations in the United States. Seyfarth does not have an office in the State of Florida, and has not had an office in Florida for over 25 years.

5.  Seyfarth has not owned, used, or possessed, or held a mortgage or other lien on any real property in the State of Florida for over 25 years.

6.  Seyfarth is not currently registered with Florida's Division of Corporations to do business in Florida, and has not been so registered for over 25 years.

7.  At no time has Seyfarth operated, conducted, engaged in, or carried on a business or business venture in the State of Florida in connection with, or in relation to any of the Plaintiffs.

8.  At no time has Seyfarth had an agent, employee, or partner doing business in the State of Florida in connection with, or in relation to any of the Plaintiffs.

9.  Rogers was employed as a partner at Seyfarth from July 2003 through May 29, 2008. Between 2003 and 2008, Rogers was a resident and citizen of the state of Illinois, and worked out of Seyfarth's Chicago office. Rogers still is a resident and citizen of the State of Illinois, and is a material witness regarding all of the matters alleged in the Complaint.

10.  During the time of the investments in 2003 and 2004 referred to in the Complaint, Michael Koretsky, Frank Koretsky, and International Video Distributors, LLC ("International

2

Video") were not clients of Seyfarth.  In fact, at no time were Frank Koretsky or International Video ever clients of Seyfarth.

11.    Seyfarth's records indicate that Michael Koretsky was a client of Seyfarth for a limited audit matter starting in November 2006.  Seyfarth was engaged by Plaintiff Michael Koretsky to provide certain legal services to him, in connection with a tax audit based on a notice Michael Koretsky received from the IRS which was directed to him at his Yardley, Pennsylvania address about tax issues arising from his 2003 and 2004 tax years.

12.    The work performed by Seyfarth is reflected in the billing invoices sent to Michael Koretsky at his address in Yardley, Pennsylvania.  True and authentic copies of the Invoices which span the period of time from December 2006 through May 2008 are attached hereto as Exhibit "A" (redacted to delete bank account information).

13.    Seyfarth did not correspond with any of the Plaintiffs in Florida.

14.    Seyfarth had no contact with any of the Plaintiffs in Florida.

15.    Seyfarth did not travel to Florida to meet with any of the Plaintiffs or for any other purpose with respect to the matters alleged in the Complaint.

16.    Seyfarth could not have anticipated being sued in Florida and any such lawsuit would create an extreme burden upon Seyfarth as an out of state law firm with no partners who are citizens of Florida.

17.    Seyfarth is subject to the personal jurisdiction of the courts in Cook County, Illinois and specifically the United States District Court for the Northern District of Illinois.

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
Peter C. Woodford

SWORN TO AND SUBSCRIBED before me by ~Peter C. Woodford~ who is

personally known to me, this **30th** day of September, 2015.

OFFICIAL SEAL
TERESA MARIE BROWN
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 5-12-2018

_____
(Signature of Notary)

_____
TERESA MARIE BROWN
(Name of Notary Typed or printed or
stamped)

4