

131 SOUTH DEARBORN – SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2182202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 2006

Invoice No. 1306172
1976 89727 / 89727-000001
SN

Michael Koretsky
1064 Buck Creek Circle
Yardley, PA 19067

For legal services rendered through December 2, 2006

### IRS Audit

| Date | Attorney | Hours | Description |
|------|----------|-------|-------------|
| 11/15/06 | S. Shah | 0.50 | Koretsky and Jones: Powers of attorney to begin defense of audit. |
| 11/29/06 | K. Rosella | 0.50 | Prepare responses to IRS information document requests; review e-mail correspondence from M. Koretsky concerning responses. |
| 11/30/06 | K. Rosella | 0.50 | Prepare and revise responses to information document requests. |
| 12/01/06 | J. Rogers | 1.00 | Work on IRS audit in Brazil. |
| **Total Hours** | | 2.50 | |

**Total Fees**  995.00

BILLS ARE DUE AND PAYABLE UPON RECEIPT

THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

Exhibit "A"



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN - SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 2006

Invoice No. 1306172
1976 89727 / 89727-000001

Michael Koretsky
1064 Buck Creek Circle
Yardley, PA 19067

## INVOICE SUMMARY

Total Fees                                      $ 995.00

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT



PAYMENT MAY BE MADE BY WIRE TO:
ACCOUNT NUMBER:
ABA NUMBER:
SWIFT CODE:



131 SOUTH DEARBORN · SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 2007

Invoice No. 1322787
1976 89727 / 89727-000001
SN

Michael Koretsky
1064 Buck Creek Circle
Yardley, PA 19067

For legal services rendered through February 10, 2007

## IRS Audit

| Date | Attorney | Hours | Description |
|------|----------|-------|-------------|
| 01/05/07 | K. Rosella | 1.25 | Prepare supplemental responses to information document requests for 2004. |

| **Total Hours** | | 1.25 | |

**Total Fees** 362.50

| Disbursements | Value |
|---------------|-------|
| Federal Express/Messenger | 15.94 |

**Total Disbursements** $ 15.94

**Total This Statement** $ 378.44

**Less Retainer** ($378.44)

**Total Amount Due** $0.00

BILLS ARE DUE AND PAYABLE UPON RECEIPT

THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



# SEYFARTH SHAW LLP
### ATTORNEYS

131 SOUTH DEARBORN - SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 2007

Invoice No. 1322787
1976 89727 / 89727-000001

Michael Koretsky
1064 Buck Creek Circle
Yardley, PA 19067

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $ 362.50 |
| Total Disbursements | 15.94 |
| Total Fees and Disbursements This Statement | $ 378.44 |
| Less Retainer | ($378.44) |
| Total Amount Due | $0.00 |

## ACCOUNTS RECEIVABLE SUMMARY

A review of our records indicate the following invoice(s) remain unpaid. Please remit payment promptly.

| Date | Invoice | Invoice Amount | Payment Received | Balance |
|---|---|---|---|---|
| 01/22/07 | 1316102 | $1,206.00 | $ .00 | $1,206.00 |

If you have any questions with regard to the amount as stated, please contact Kathy Hobbs in our Finance Department at 312-460-6046

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE MADE BY WIRE TO: 
ACCOUNT NUMBER:
ABA NUMBER:
SWIFT CODE:


**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN - SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 2007

Invoice No. 1336203
1976 89727 / 89727-000001
SN

Michael Koretsky
1064 Buck Creek Circle
Yardley, PA 19067

For legal services rendered through February 10, 2007

### IRS Audit

| Date | Attorney | Hours | Description |
|------|----------|-------|-------------|
| 12/05/06 | K. Rosella | 1.00 | Prepare responses to IDRs; e-mail correspondence to M. Koretsky concerning same; telephone conference with J. Griffin concerning same; e-mail correspondence to S. Shah concerning same. |
| 12/05/06 | K. Rosella | 0.25 | Queen Trading: Prepare power of attorney. |
| 12/07/06 | K. Rosella | 2.00 | Prepare, revise, and finalize information document requests; e-mail correspondence to M. Koretsky concerning 2004 transaction binder; conference with S. Shah concerning information document requests; prepare cover sheets for responsive documents. |
| 12/11/06 | K. Rosella | 1.00 | Telephone conference with IRS agent, T. Pike, concerning information document requests and related appointment; prepare and revise responses to information document requests. |
| 12/22/06 | K. Rosella | 0.25 | Prepare letter to T. Pike at Internal Revenue Service concerning time extension for information document requests. |

**Total Hours**     4.50

**Total Fees**     1,170.00

BILLS ARE DUE AND PAYABLE UPON RECEIPT

THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



# SEYFARTH
### ATTORNEYS SHAW LLP

Michael Koretsky

| Disbursements | Value | |
|---|---|---|
| Copying | 36.00 | |
| **Total Disbursements** | | $ 36.00 |
| **Total This Statement** | | $1,206.00 |
| Less Retainer | | ($1,206.00) |
| Total Amount Due | | ($0.00) |



# SEYFARTH SHAW LLP
### ATTORNEYS

131 SOUTH DEARBORN - SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 2007

Invoice No. 1336203
1976 89727 / 89727-000001

Michael Koretsky
1064 Buck Creek Circle
Yardley, PA 19067

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $1,170.00 |
| Total Disbursements | 36.00 |
| Total Fees and Disbursements This Statement | $1,206.00 |
| Less Retainer | ($1,206.00) |
| Total Amount Due | $0.00 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE MADE BY WIRE TO:
ACCOUNT NUMBER:
ABA NUMBER:
SWIFT CODE:





131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 24, 2007

Invoice No. 1347620
1976 89727 / 89727-000001
W2S

Michael Koretsky
1064 Buck Creek Circle
Yardley, PA 19067

For legal services rendered through April 11, 2007

### IRS Audit

| Date | Attorney | Hours | Description |
|------|----------|-------|-------------|
| 04/01/07 | J. Rogers | 1.00 | Start Bodenese 2004 audit. |

| | | | |
|------|------|------|------|
| **Total Hours** | | 1.00 | |

| | |
|---|---|
| **Total Fees** | $690.00 |
| **Total Disbursements** | 0.00 |
| **Total This Statement** | $690.00 |
| **Less Retainer** | (690.00) |
| **Total Amount Due** | $0.00 |
| **Retainer Balance** | ($1,305.56) |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 24, 2007

Michael Koretsky
1064 Buck Creek Circle
Yardley, PA 19067

Invoice No. 1347620
1976 89727 / 89727-000001
IRS Audit

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $690.00 |
| Less Retainer | (690.00) |
| Total Due | $0.00 |
| | |
| Retainer Balance | ($1,305.56) |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:

ACCOUNT NUMBER:
ABA NUMBER:
SWIFT CODE:



# SEYFARTH SHAW LLP
### ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 22, 2007

Invoice No. 1353540
1976 89727 / 89727-000001
W2S

Michael Koretsky
1064 Buck Creek Circle
Yardley, PA 19067

For legal services rendered through May 12, 2007

**IRS Audit**

| Date | Attorney | Hours | Description |
|------|----------|-------|-------------|
| 04/18/07 | J. Ruffin | 0.25 | Queen Trading, LLC: Downloaded IDRs for insertion into client's file; request additional inner folders for client file. |
| 04/29/07 | J. Rogers | 2.00 | Answer IDR's. |

| | | |
|---|---|---|
| **Total Hours** | 2.25 | |
| **Total Fees** | | $1,420.00 |
| **Total Disbursements** | | 0.00 |
| **Total This Statement** | | $1,420.00 |
| **Less Retainer** | | (1,420.00) |
| **Total Amount Due** | | $0.00 |

**Retainer Balance**                                                    ($1,995.56)

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 22, 2007

Michael Koretsky
1064 Buck Creek Circle
Yardley, PA 19067

Invoice No. 1353540
1976 89727 / 89727-000001
IRS Audit

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $1,420.00 |
| Less Retainer | (1,420.00) |
| Total Due | $0.00 |
| Retainer Balance | ($1,995.56) |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:

ACCOUNT NUMBER:
ABA NUMBER:
SWIFT CODE:



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 27, 2007

Invoice No. 1366190
1976 89727 / 89727-000001
W2S

Michael Koretsky
1064 Buck Creek Circle
Yardley, PA 19067

For legal services rendered through June 16, 2007

### IRS Audit

| Date | Attorney | Hours | Description |
|------|----------|-------|-------------|
| 06/06/07 | J. Rogers | 0.50 | Work on proposed summons, IRS audit questions, conference call with client. |
| 06/11/07 | J. Ruffin | 0.50 | Beaumont Fund, LLC – Prepare Change of Registered agent form, 2006 annual report and articles for reinstatement. |

| | | | |
|------|----------|-------|-------------|
| **Total Hours** | | 1.00 | |
| **Total Fees** | | | $425.00 |
| **Total Disbursements** | | | 0.00 |
| **Total This Statement** | | | $425.00 |
| **Less Retainer** | | | (425.00) |
| **Total Amount Due** | | | $0.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING


131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 27, 2007

Michael Koretsky
1064 Buck Creek Circle
Yardley, PA 19067

Invoice No. 1366190
1976 89727 / 89727-000001
IRS Audit

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $425.00 |
| Less Retainer | (425.00) |
| Total Due | $0.00 |
| Retainer Balance | ($880.56) |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:

ACCOUNT NUMBER:
ABA NUMBER:
SWIFT CODE:



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

July 23, 2007

Invoice No. 1372859
1976 89727 / 89727-000001
W2S

Michael Koretsky
1064 Buck Creek Circle
Yardley, PA 19067

For legal services rendered through July 14, 2007

### IRS Audit

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 06/20/07 | J. Rogers | 0.50 | Conference call on summons. |
| 06/21/07 | J. Rogers | 2.00 | Provide information to Todd Varett regarding Bodesee Fund and Queen Trading and consider document requests versus audit submissions already made. |
| 06/22/07 | J. Rogers | 1.00 | Discuss motion to quash and research same for venue. |
| 06/28/07 | J. Rogers | 0.50 | Prepare motion to quash. |
| 06/29/07 | J. Rogers | 1.00 | Prepare motion to quash. |
| 07/11/07 | J. Rogers | 1.00 | Work on petition to quash summons. |

**Total Hours**      6.00

**Total Fees**      $4,140.00

**Disbursements**      **Value**

Copying      40.00

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Michael Koretsky

| | |
|---|---|
| **Total Disbursements** | <u>40.00</u> |
| **Total This Statement** | $4,180.00 |
| **Less Retainer** | <u>(880.56)</u> |
| **Total Amount Due** | <u>$3,299.44</u> |

**Retainer Balance** $0.00



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

July 23, 2007

Michael Koretsky
1064 Buck Creek Circle
Yardley, PA 19067

Invoice No. 1372859
1976 89727 / 89727-000001
IRS Audit

---

### INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $4,140.00 |
| Total Disbursements | 40.00 |
| Total Fees and Disbursements This Statement | $4,180.00 |
| Less Retainer | (880.56) |
| Total Due | $3,299.44 |
| | |
| Retainer Balance | $0.00 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:

ACCOUNT NUMBER: ▮▮▮▮
ABA NUMBER: ▮▮▮▮
SWIFT CODE: ▮▮▮▮



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 29, 2007

Invoice No. 1387037
1976 89727 / 89727-000001
W2S

Michael Koretsky
1064 Buck Creek Circle
Yardley, PA 19067

For legal services rendered through August 18, 2007

### IRS Audit

| Date | Attorney | Hours | Description |
|------|----------|-------|-------------|
| 07/20/07 | J. Rogers | 2.00 | Prepare tax court petition. |
| 07/22/07 | J. Rogers | 4.00 | Draft TC petition for Queen Trading. |
| 07/23/07 | J. Ruffin | 0.50 | Beaumont Fund, LLC - Revised the Application for Reinstatement, Change of Registered AGent form and annual report ; prepared their check requests; |

**Total Hours**     6.50

**Total Fees**     $4,220.00

| Disbursements | Value |
|---------------|-------|
| Secretary of State Fees | 1,075.00 |
| Copying | 1.80 |

**Total Disbursements**     1,076.80

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



L31 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 29, 2007

Michael Koretsky
1064 Buck Creek Circle
Yardley, PA 19067

Invoice No. 1387037
1976 89727 / 89727-000001
IRS Audit

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $4,220.00 |
| Total Disbursements | 1,076.80 |
| Total Fees and Disbursements This Statement | $5,296.80 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5377

PAYMENT MAY BE MADE BY WIRE TO:

ACCOUNT NUMBER: 
ABA NUMBER:
SWIFT CODE:



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

September 30, 2007

Invoice No. 1398527
1976 89727 / 89727-000001
W2S

Michael Koretsky
1064 Buck Creek Circle
Yardley, PA 19067

For legal services rendered through September 15, 2007

### IRS Audit

| Date | Attorney | Hours | Description |
|------|----------|-------|-------------|
| 08/21/07 | J. Rogers | 2.00 | Draft tax court petition. |
| 09/07/07 | J. Rogers | 1.00 | Draft tax court petition. |
| 09/08/07 | J. Rogers | 2.00 | Draft tax court petition. |

**Total Hours** 5.00

**Total Fees** $3,450.00

**Total Disbursements** 0.00

**Total Fees And Disbursements This Statement** $3,450.00

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

September 30, 2007

Michael Koretsky
1064 Buck Creek Circle
Yardley, PA 19067

Invoice No. 1398527
1976 89727 / 89727-000001
IRS Audit

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $3,450.00 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $3,450.00 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:

ACCOUNT NUMBER:
ABA NUMBER:
SWIFT CODE:


**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 27, 2008

Invoice No. 1447659
1976 89727 / 89727-000001
W2S

Michael Koretsky
1064 Buck Creek Circle
Yardley, PA 19067

For legal services rendered through February 16, 2008

**IRS Audit**

| Date | Attorney | Hours | Description |
|------|----------|-------|-------------|
| 02/04/08 | J. Rogers | 2.00 | Summons hearing with Judge Rufe in Philadelphia. |
| 02/09/08 | J. Rogers | 1.00 | Summons pleadings. |
| 02/10/08 | J. Rogers | 1.00 | Summons pleading and affidavit. |
| 02/11/08 | J. Rogers | 1.00 | Prepare affidavit. |
| 02/12/08 | J. Rogers | 1.00 | Prepare brief. |
| 02/13/08 | J. Ruffin | 0.50 | Beaumont Fund, LLC - filed 2007 IL Annual Report online; created corporate maintenance files and added to corporate database. |

**Total Hours**      6.50

**Total Fees**      $4,867.50

**Total Disbursements**      0.00

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Michael Koretsky

**Total Fees And Disbursements This Statement**                                    $4,867.50

**Less Unallocated Cash**                                                        ($4,000.00)

**Total Amount Due**                                                              $867.50



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 27, 2008

Michael Koretsky
1064 Buck Creek Circle
Yardley, PA 19067

Invoice No. 1447659
1976 89727 / 89727-000001
IRS Audit

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $4,867.50 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $4,867.50 |
| Less Unallocated Cash | ($4,000.00) |
| Total Due | $867.50 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:

ACCOUNT NUMBER:
ABA NUMBER:
SWIFT CODE:



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 26, 2008

Invoice No. 1457981
1976 89727 / 89727-000001
W2S

Michael Koretsky
1064 Buck Creek Circle
Yardley, PA 19067

For legal services rendered through March 15, 2008

### IRS Audit

| Date | Attorney | Hours | Description |
|------|----------|-------|-------------|
| 02/16/08 | J. Rogers | 1.00 | Queen tax court reply. |
| 03/02/08 | J. Rogers | 1.00 | Follow up on DOJ Brief on TEFRA relevancy of investor. |
| 03/03/08 | J. Rogers | 1.00 | Finalize reply brief for Judge Rufe. |
| 03/04/08 | J. Rogers | 1.00 | Finish brief. |

**Total Hours**          4.00

**Total Fees**                                                    $3,180.00

**Total Disbursements**                                              0.00

**Total Fees And Disbursements This Statement**                  $3,180.00

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



**SEYFARTH** ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 26, 2008

Michael Koretsky
1064 Buck Creek Circle
Yardley, PA 19067

Invoice No. 1457981
1976 89727 / 89727-000001
IRS Audit

---

### INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $3,180.00 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $3,180.00 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:

ACCOUNT NUMBER:
ABA NUMBER:
SWIFT CODE:



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 30, 2008

Invoice No. 1470793
1976 89727 / 89727-000001
W2S

Michael Koretsky
1064 Buck Creek Circle
Yardley, PA 19067

For legal services rendered through April 19, 2008

**IRS Audit**

| Disbursements | Value | |
|---|---|---|
| Courier/Messenger | 51.07 | |
| Filing Fees | 556.25 | |
| **Total Disbursements** | | 607.32 |
| **Total Fees And Disbursements This Statement** | | $607.32 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 30, 2008

Michael Koretsky
1064 Buck Creek Circle
Yardley, PA 19067

Invoice No. 1470793
1976 89727 / 89727-000001
IRS Audit

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $0.00 |
| Total Disbursements | 607.32 |
| Total Fees and Disbursements This Statement | $607.32 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:

ACCOUNT NUMBER:
ABA NUMBER:
SWIFT CODE:



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 27, 2008

Invoice No. 1478824
1976 89727 / 89727-000001
W2S

Michael Koretsky
1064 Buck Creek Circle
Yardley, PA 19067

For legal services rendered through May 17, 2008

## IRS Audit

| Date | Attorney | Hours | Description |
|------|----------|-------|-------------|
| 05/05/08 | J. Ruffin | 0.50 | Longmeadow Trading LLC - Prepare 2007 annual report, application for reinstatement and docket request to file documents with the IL Secretary of State on an expedited basis; made copies. |

**Total Hours**      0.50

**Total Fees**      $97.50

| Disbursements | Value |
|---------------|-------|
| Copying | 1.00 |

**Total Disbursements**      1.00

**Total Fees And Disbursements This Statement**      $98.50

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



# SEYFARTH
### ATTORNEYS
# SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 27, 2008

Michael Koretsky
1064 Buck Creek Circle
Yardley, PA 19067

Invoice No. 1478824
1976 89727 / 89727-000001
IRS Audit

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $97.50 |
| Total Disbursements | 1.00 |
| Total Fees and Disbursements This Statement | $98.50 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:

ACCOUNT NUMBER
ABA NUMBER:
SWIFT CODE: