Bodensee Fund, LLC
15801 S. Bell Road, Suite 230
Homer Glen, IL 60491
(708) 645-7612

March 26, 2005

Longmeadow Trading, LLC
15801 S. Bell Road, Suite 230
Homer Glen, IL 60491

RE:   Bodensee Fund, LLC

Schedule K-1

Dear Partner:

Enclosed is your 2004 Schedule K-1 (Form 1065), Partner's Share of
Income, Credits, Deductions, Etc, which has been filed with the partnership
tax return of Bodensee Fund, LLC.

The amounts reported to you on lines 1 through 20 of the Schedule K-1
represent your share of income, credits, deductions, and other information
and must be reported on the appropriate lines of your income tax return.
The IRS has substantially changed the Schedule K-1 by utilizing codes on
some lines to identify the item and provide reporting information. These
codes are identified on page 2 of the K-1.

Should you have any questions regarding the information reported to you on
this Schedule K-1, please call.

Sincerely,

For
Bodensee Fund, LLC

**EXHIBIT "A"**

## Schedule K-1
(Form 1065)
**2004**

Department of the Treasury
Internal Revenue Service

Tax year beginning Oct 14 , 2004
and ending Dec 31 , 20 04

### Partner's Share of Income, Deductions, Credits, etc.
► See separate Instructions.

| Final K-1 | Amended K-1 | OMB No. 1545-0099 |

**Part III — Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

### Part I — Information About the Partnership

A  Partnership's employer Identification number

B  Partnership's name, address, city, state, and ZIP code
Bodensee Fund, LLC
15801 S. Bell Road, Suite 230
Homer Glen, IL 60491

C  IRS Center where partnership filed return
Cincinnati, OH

D ☐ Check if this is a publicly traded partnership (PTP)
E ☐ Tax shelter registration number, if any
F ☐ Check if Form 8271 is attached

### Part II — Information About the Partner

G  Partner's identifying number

H  Partner's name, address, city, state, and ZIP code
Longmeadow Trading, LLC
15801 S. Bell Road, Suite 230
Homer Glen, IL 60491

I ☒ General partner or LLC member-manager   ☐ Limited partner or other LLC member

J ☒ Domestic partner   ☐ Foreign partner

K  What type of entity is this partner?  Partnership

L  Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 0.00000 % | 99.00000 % |
| Loss | 0.00000 % | 99.00000 % |
| Capital | 0.00000 % | 98.00000 % |

M  Partner's share of liabilities at year end:
Nonrecourse ........ $
Qualified nonrecourse financing ........ $
Recourse ........ $

N  Partner's capital account analysis:
Beginning capital account ........ $
Capital contributed during the year ..... $
Current year increase (decrease) ....... $
Withdrawals and distributions ........ $
Ending capital account ........ $

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book   ☐ Other (explain)

| Item | Value | Item | Value |
|---|---|---|---|
| 1 Ordinary business income (loss) | -4,839,538. | 15 Credits & credit recapture | |
| 2 Net rental real estate income (loss) | | | |
| 3 Other net rental income (loss) | | 16 Foreign transactions | |
| 4 Guaranteed payments | | | |
| 5 Interest income | | | |
| 6a Ordinary dividends | | | |
| 6b Qualified dividends | | | |
| 7 Royalties | | | |
| 8 Net short-term capital gain (loss) | | | |
| 9a Net long-term capital gain (loss) | | 17 Alternative minimum tax (AMT) items | |
| 9b Collectibles (28%) gain (loss) | | | |
| 9c Unrecaptured section 1250 gain | | | |
| 10 Net section 1231 gain (loss) | | 18 Tax-exempt income and nondeductible expenses | |
| 11 Other income (loss) | | | |
| | | 19 Distributions | |
| 12 Section 179 deduction | | | |
| 13 Other deductions | | 20 Other information | |
| 14 Self-employment earnings (loss) A | -4,839,538. | | |
| C | 998. | | |

*See attached schedule for additional information.

FOR IRS USE ONLY