**Schedule K-1**
(Form 1065)

**2004**

Department of the Treasury
Internal Revenue Service

Tax year beginning _____, 2004
and ending _____, 20 ___

**Partner's Share of Income, Deductions, Credits, etc.** ► See separate instructions.

| ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0099 |
|---|---|---|

**Part III**  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 15 | Credits & credit recapture |
| | 2,886. | | |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments | | |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 17 | Alternative minimum tax (AMT) items |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | | |
| 12 | Section 179 deduction | 19 | Distributions |
| 13 | Other deductions | 20 | Other information |
| 14 | Self-employment earnings (loss) | | |
| A | 2,886. | | |
| C | 3,864. | | |

**Part I**  Information About the Partnership

A  Partnership's employer identification number

B  Partnership's name, address, city, state, and ZIP code
Queen Trading, LLC
162 Abingdon Avenue
Kenilworth, IL 60043

C  IRS Center where partnership filed return
Cincinnati, OH

D  ☐ Check if this is a publicly traded partnership (PTP)
E  ☐ Tax shelter registration number, if any _____
F  ☐ Check if Form 8271 is attached

**Part II**  Information About the Partner

G  Partner's identifying number

H  Partner's name, address, city, state, and ZIP code
Beaumont Fund, LLC
59 Lake Drive
Heightstown, NJ 08520

I  ☒ General partner or LLC member-manager    ☐ Limited partner or other LLC member

J  ☒ Domestic partner    ☐ Foreign partner

K  What type of entity is this partner?  Partnership

L  Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 99.90000 % | 99.90000 % |
| Loss | 99.90000 % | 99.90000 % |
| Capital | 98.00000 % | 98.00000 % |

M  Partner's share of liabilities at year end:
Nonrecourse ........................ $ _____
Qualified nonrecourse financing ........ $ _____
Recourse ........................... $ _____

*See attached schedule for additional information.

N  Partner's capital account analysis:
Beginning capital account ............. $ _____
Capital contributed during the year ..... $ _____
Current year increase (decrease) ...... $ _____
Withdrawals and distributions .......... $ _____
Ending capital account ................ $ _____

☒ Tax basis    ☐ GAAP    ☐ Section 704(b) book
☐ Other (explain)

FOR IRS USE ONLY

BAA  For Paperwork Reduction Act Notice, see Instructions for Form 1065.

PTPA0312  01/05/05

Schedule K-1 (Form 1065) 2004

**EXHIBIT "B"**

Quéen Trading, LLC   52-2406343                                                          1

Form 1065, Line 20
**Other deductions**

| | |
|---|---|
| Amortization | 400. |
| Bad Debt Expense On Contributed Receivables | |
| Collections Expense | 580. |

Total                                                                         980.