**Schedule K-1** **2004**
(Form 1065)

Department of the Treasury
Internal Revenue Service

Tax year beginning _____ , 2004
and ending _____ , 20 ___

## Partner's Share of Income, Deductions, Credits, etc.
► See separate Instructions.

| ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0099 |
|---|---|---|

**Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

| Part I | Information About the Partnership |
|---|---|

**A** Partnership's employer identification number

**B** Partnership's name, address, city, state, and ZIP code
Beaumont Fund, LLC
59 Lake Drive
Heightstown, NJ 08520

**C** IRS Center where partnership filed return
Cincinnati, OH

**D** ☐ Check if this is a publicly traded partnership (PTP)
**E** ☐ Tax shelter registration number, if any _____
**F** ☐ Check if Form 8271 is attached

| Part II | Information About the Partner |
|---|---|

**G** Partner's identifying number

**H** Partner's name, address, city, state, and ZIP code
International Video Distributors, LLC
59 Lake Drive
Heightstown, NJ 08520

**I** ☒ General partner or LLC member-manager   ☐ Limited partner or other LLC member

**J** ☒ Domestic partner   ☐ Foreign partner

**K** What type of entity is this partner? Partnership

**L** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 98.00000 % | 99.00000 % |
| Loss | 98.00000 % | 99.00000 % |
| Capital | 98.00000 % | 99.00000 % |

**M** Partner's share of liabilities at year end:
Nonrecourse .......................... $ _____
Qualified nonrecourse financing ........ $ _____
Recourse ............................. $ _____

**N** Partner's capital account analysis:
Beginning capital account ............. $ 5,000,000.
Capital contributed during the year ..... $ _____
Current year increase (decrease) ...... $ -392.
Withdrawals and distributions .......... $ _____
Ending capital account ............... $ 4,999,600.

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

| 1 | Ordinary business income (loss) | 15 | Credits & credit recapture |
|---|---|---|---|
| | -565. | | |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments | | |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 17 | Alternative minimum tax (AMT) items |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | | |
| | | | |
| 12 | Section 179 deduction | 19 | Distributions |
| 13 | Other deductions | | |
| | | 20 | Other information |
| 14 | Self-employment earnings (loss) | | |
| A | -565. | | |
| C | -173. | | |

*See attached schedule for additional information.

**EXHIBIT "C"**

Beaumont Fund, LLC   05-0591248                                                    1

Schedule K-1 (International Video Distributors, LLC), Supplemental Information
Supplemental Information

Item N (c) - Capital account adjustments:
    Ordinary income (loss)                                          -565.
    Subsidiary Gain                                                  173.
        Total                                                       -392.