Conflict Research Request Completed     *1st attempt* *11/16/06*     Page 1 of 1



## CONFLICTS RESEARCH REQUEST

Request Receipt No. 48203
**Prospective Client**
Request Submitted:     11/16/2006 9:04:58 AM
Related Request No.:     Not Applicable
Requestor:     McWaters, Terry | Phone No. (312) 460-6439
Requesting Attorney:     Rogers, John | Billing No. 1976
Office:     Chicago
Nature of Matter:     IRS Audit.
Client Name:     Michael Koretsky
    1064 Buck Creek Cirole
    Yardley, PA 19067
    United States

Type:     Individual
Role Code:     Potential Client
Relationship Code:     Other
Transactional:     Non-transactional
Priority Level:     Standard

**Entities/individuals**

Entity Name:     Michael Koretsky
Entity Address:     1064 Buck Creek Circle
    Yardley, PA 19067
    United States
Role Code:     PADV
Relationship Code:     OTH

Entity Name:     Roseanna Koretsky
Entity Address:     1064 Buck Creek Circle
    Yardley, PA 19067
    United States
Role Code:     PADV
Relationship Code:     OTH

All parties to this matter are listed above.

*John E. Rogers*

Requesting Attorney Signature

[ Print ]

# EXHIBIT "D"