Client Matter Form



**NEW CLIENT INTAKE FORM**

To: Finance     New Client
From: Rogers, John
Date: 11/22/2006 10:05:32 AM
       Receipt Request No: 48203

> **Client Information**

Client Number:      89727-000001
Client Name:        Michael Korelsky
Type:               Individual
Industry:           950 Individual
How Acquired:       30 Other

**RECEIVED**

NOV 2 9 2006

**RECORDS**

Please specify the name of the speech, client, etc.:
Friend

Changing Firms:     No

Why is the client changing law firms?
Not Specified

What convinced the client to retain Seyfarth Shaw LLP?
Referred by TJ Agresti.

Is there to be any relationship with the client other than that of attorney-client?
No.

> **Matter Information**

Matter Name Line 1:   IRS Audit
Matter Name Line 2:                          Matter Location:   39 Pennsylvania
Matter Name Line 3:                          Practice Area:     010 BSG - Tax
Client Team:          N/A
Area of Law:          1411 Tax Disputes

> **Matter Billing Address**

Use Billing Address from Matter Number:

Address Line 1:   Michael Korelsky
Address Line 2:   1064 Buck Creek Circle
City:             Yardley             State:     PA
Zip Code:         18067              Country:   United States
Attention:                          E-mail:
Telephone:        609-426-1777       Fax:
E-Billing Vendor:                   Other Vendor:

> **Billing Credit**

| Attorney Name | Attorney Number | % of Credit |
|---|---|---|
| Rogers, John E. | 1976 | 100 |

> **Financial Information**

# EXHIBIT "E"

Client Matter Form

|  |  |  |  |
|---|---|---|---|
| Billing Method: | Single Bill | Increment: | Quarter of an Hour |
| Retainer: | Forthcoming | Amount: | 5.000 |
| Pro Bono: | No | Supervising Attorney: | Rogers, John E. (1976) |

## ◆ Practice Detail

| | | | |
|---|---|---|---|
| Class Action: | No | | |
| Client Insured: | No | Policy Number: | |
| Client Insurance: | | Other: | |
| Size of Transaction: | | Type of Real Estate: | |
| Real Estate Entity: | | | |

## ◆ Alternative Billing Information

| | | | |
|---|---|---|---|
| Contingent Fees: | No | Matter Rate: | Standard |
| Capped Fee: | | | |
| Duplicating Charges: | | Fax Charges: | |

Alternative Billing Details - Explanation:
Not Specified

Projected Billings:                    Projected Realization:

## ◆ Records Information

| | |
|---|---|
| File is to be created and maintained in: | Chicago |
| Check File Out To: | Rogers, John E. |
| Deliver File To: | McWaters, Terry |
| Date Needed: | 11/30/2006 |

Note: All Matters will receive a Correspondence Backer and Intake Form/
Conflicts Check Inner File which will be placed in Jacket #1.

Inner Files Needed:          Jacket #

☐ Pleadings Backer

☐ Research & Investigation

☑ Attorney Notes                    1

☑ Company Documents                 1

☐ Extra Copies

☑ Drafts                            1

☐ Closing Documents

☑ Miscellaneous                     1

## ◆ Signature Information

To the extent considered necessary, I have secured and reviewed appropriate financing and credit history information. I am satisfied on the basis of the information available to me that the client has the resources to satisfy projected billings. Further, the undersigned has reviewed the foregoing completed form, and believes that handling the matter would be consistent with the policies of, and in the best interest of, the firm.

_____          _____
Billing Attorney Signature                Date

To the extent considered necessary, I have reviewed this new client matter form with the Billing Attorney and determined that the retention of this client and the handling of the requested matters would be consistent with the policies of, and in the best interest of, the firm.

Client Matter Form

_____      _____
Executive Committee Member Signature      Date


_____      _____
QC Approval                               Date


» *Have You Attached the Following?*

The following must be attached prior to submitting this form to the Quality Assurance Analyst:

- Client Matter-Form Part I (Conflicts Request) signed by the requesting attorney
- Conflicts Memo and/or e-mail from Conflicts Researcher
- The proposed Engagement Letter