**Shah, Sweta**

**From:**  MKMAINMAN@aol.com
**Sent:**  Wednesday, November 15, 2006 3:03 PM
**To:**  Shah, Sweta
**Cc:**  Rogers, John; fk@internationalvideo.com
**Subject:** Re: IRS audit notice

ok send it out to me either by email to my home.

address is on the irs notice.

Michael Koretsky
Office-609-426-1777 x225
Fax -609-426-8894

Cell- 609-209-1592

11/16/2006

# EXHIBIT "F"

Nov. 15. 2006 10:26AM   Agresti Associates
11/07/2006   14:13   6894268894

No. 2103   P. 5
PAGE   05

ı ernal Revenue Service

Department of the Treasury

ıı ı:    November 3, 2006

8125 N. River Drive
Morton Grove, Illinois 60053

Michael & Roseanne Koretsky
1064 Buck Creek Circle
Yardley, PA 19067

Person To Contact:    Thomas Pike

Employee ID Number:
Ref reply to:        LMSB:RFPH:1537:TP
Telephone:          (847) 581- 2074
Facsimile:          (847) 581-1036

Taxpayer ID
Audit years :       12/31/2003 & 12/31/2004

Dear Mr. & Mrs. Koretsky:

Your individual federal tax return form for the year(s) shown above has been selected for ıı lit. Enclosed are Information Documentation Requests. The documents are due by [· iember 4, 2006.

## ıı. neone May Represent you

You may have someone represent you during any part of this examination. If you want ıı: ieone to represent you, please provide me with a completed Form 2848, Power of Attorney ı· Declaration of Representative, or Form 8821, Tax Information Authorization, at our first ııı ıting or mail it to me prior to our first appointment.

## ıı ır Rights As A Taxpayer

ı·ı encourage you to read the Declaration of Taxpayer Rights found in the enclosed Publication ıı· 8, The Examination Process. This publication also discussed general rules and procedures ıı· ·ollow in examinations. It explains what happens before, during, and after an examination, ı· appeal and payment procedures.

## ıı. Shelter Settlement Election

ıı. ed on our records, you participated in a tax shelter transaction in which you were a partner ıı· partnership and another partner made a section 721 contribution of property to the ıı· ·nership, where the contributing partner's adjusted basis in the property was greater than the ı· market value of the asset, and you participated in the transaction for the purpose of ıı ıgnizing the loss on the partnership's disposition of that asset for federal income tax ı·. ıoses (The Partnership Loss Contribution Transaction). The partnership invested in ı·· ıllen consumer receivables. The Internal Revenue Service is offering a one time only ıı·ı ement election for these transactions. The attached letter explains how to make the ı· ı lton. The election must be made by December 4, 2006. If you do not make the election, ıı·ı esponse to the enclosed Information Document Request form 4564 is due by ı·ı: ember 4, 2006.

Nov. 15, 2006 10:26AM   Agresti Associates

No. 2103   P. 6

11/07/2006   14:13   6094266894

FHGE  86

I· ɔu have any further questions, please feel free to call me at the above telephone number.
·· ink you for your cooperation.

Sincerely

Thomas Pike
Revenue Agent

I‖  losures:
⊦   ⟩ 3498
'I₁   shelter settlement election letter and Form 13750
⁄₁  iouncement 2005-80
I₁  n 4664
I,₁  er 907, Consent Form 872-I and Pub 1035
I·  urn Envelope

Nov. 15, 2006 10:26AM     Agresti Associates                              No. 2103    P. 7
11/07/2006  14:15   68942   6865H                                                 PAGE  07

| Form 4564 | Department of the Treasury<br>Internal Revenue Service<br>Information Document Request | Request Number |
| --- | --- | --- |
| | | 1 |
| To: (Name of Taxpayer and Company,<br>Division or Branch)<br><br>Michael & Roseanne Koretsky<br>1064 Buck Creek Circle<br>Yardley, PA 19067 | Subject:<br>Distressed Asset Investment | |
| | Submitted to:<br>Taxpayer | |
| | Dates of Previous Requests:<br>N/A | |

Description of documents requested:

**INSTRUCTIONS**

Unless otherwise specified, the requests pertain to the taxable year(s) 2003 and 2004.

Unless otherwise specified, provide the original, signed, and dated documents. If originals cannot be obtained, provide signed and dated copies, along with a statement showing the name, address, and current telephone number of the custodian of the original documents requested. If any of the responsive documents have been disposed of or destroyed, state when such document was disposed of or destroyed, state the reason the document was disposed of or destroyed, the identity of the person disposing of or destroying the documents, and identify all persons that may have possession of such documents. If you are unable to locate documents, state with specificity the efforts made to locate the documents and the reasons such documents are unavailable. If the requested documents do not exist, state so. If the requested documents exist but are not available to you, state where such documents are located and provide the identity of the custodian.

Each document provided in response to this IDR should be an original document in the language in which the document was originally created and, if the language of creation was not English, an English translation.

If the documents are not in your possession, indicate the name, address and telephone number of the person in whose possession the documents were in when you last saw them.

If a privilege is being claimed with respect to any requested document or information, state with specificity the nature of the privilege and the extent of all allegedly privileged matters. If you object to producing

| Information Due<br>By 12-4-2006 | At Next<br>Appointment | | Mail In | ☒ |
| --- | --- | --- | --- | --- |
| | Name and Title of Requestor<br>Thomas Pike, Internal Revenue Agent | Employee ID Number<br>36-09473 | | Date: 11-2-2006 |
| FROM | Office Location:<br>8125 N. River Dr.<br>Morton Grove, Il. 60053 | Phone (847)581-2074<br>FAX (847)581-1035 | | Page 1 |

Form 4564

Nov. 15. 2006 10:26AM   Agresti Associates                     No. 2103   P. 8
11/07/2006  14:13   6094266894                                         PAGE   08

| Form 4564 | Department of the Treasury Internal Revenue Service Information Document Request | Request Number |
|---|---|---|
| | | 1 |
| To: (Name of Taxpayer and Company, Division or Branch) | Subject: Distressed Asset Investment | |
| Michael & Rosennne Koretsky 1064 Buck Creek Circle Yardley, PA 19067 | Submitted to: Taxpayer | |
| | Dates of Previous Requests: N/A | |

Description of documents requested:

only part of a document, provide a redacted copy and retain the original for review by a court. With respect to each allegedly privileged document, or portion of a document, provide the following:

1. General nature and description of the document withheld and the number of the request to which the production of the documents would otherwise be responsive;

2. Date appearing on the document, or if it has no date, the date or approximate date that the document was created;

3. Name and title of the document's author, and if different, the person who signed the document;

4. Name, title and address of the addressee of the document;

5. Names, titles and addresses of all recipients other than the addressee who received or were otherwise shown the document or a copy thereof at any time;

6. The identity of the person having or who may have present knowledge, possession, custody, or control of such document or a copy thereof;

7. Whether or not any draft, copy, or reproduction of such document contains any postscripts, notation, change, or addendum not appearing on the document itself, and if so, a description of each such draft, copy or reproduction;

8. The identity, control number, file number, title, or label used by the custodian of the document to identify it for retrieval or

| Information Due By  12-4-2006 | At Next Appointment | | Mail In | | X |
|---|---|---|---|---|---|
| Name and Title of Requestor Thomas Pike; Internal Revenue Agent | | Employee ID Number 36-09473 | | Date: 11-2-2006 | |
| FROM  Office Location: 8125 N. River Dr.   Phone (847)581-2074 Morton Grove, Il. 60053   FAX (847)581-1035 | | | | | Page 2 |

Form 4564

| Form 4564 | Department of the Treasury<br>Internal Revenue Service<br>Information Document Request | Request Number<br><br>1 |
|---|---|---|
| To: (Name of Taxpayer and Company,<br>Division or Branch)<br><br>Michael & Roseanne Koretsky<br>1064 Buck Creek Circle<br>Yardley, PA 19067 | Subject:<br>Distressed Asset Investment | |
| | Submitted to:<br>Taxpayer | |
| | Dates of Previous Requests:<br>N/A | |

Description of documents requested:

production.

**DEFINITIONS**

The term "you" and "your" refers to Michael Koretsky and Roseanna Koretsky and/or any entity owned and/or controlled, directly or indirectly, by Michael Koretsky and Roseanna Koretsky.

The term "distressed asset transaction" refers to all distressed asset or distressed debt transactions engaged in by or on behalf of you and/or any entity owned and/or controlled, directly or indirectly, by you during or prior to taxable years ending 12-31-2003 and 12-31-2004. The terms "distressed asset" and "distressed debt" are interchangeable. These terms include any asset having a basis to the contributing partner that exceeds the fair market value of the asset on the date it was contributed to the partnership. These terms include, but are not limited to, devalued/distressed stocks or securities, non performing loans, accounts or notes receivable or a pool of accounts or notes receivable considered delinquent, slow, or partially or fully worthless.

The term "the Transaction" refers to the distressed asset transaction and/or any combination of steps, elements or portions thereof engaged in by or on behalf of you and/or any entity owned and/or controlled, directly or indirectly, by you during or prior to taxable years ending 12-31-2003 and 12-31-2004.

The term "document" is any writing under Rule 1001(1) of the Federal Rules of Evidence, including, without limitation memoranda, agreements, papers, correspondence, notes, studies, graphs, diagrams, photographs, charts, projections, tabulations, analyses, questionnaires and responses, work papers, summaries, data sheets, reports, statistical or informational accumulations, data processing cards or worksheets, computer stored

| Information Due<br>By 12-4-2006 | At Next<br>Appointment | | Mail In | ☐ | | X |
|---|---|---|---|---|---|---|

| Name and Title of Requestor<br>Thomas Pike, Internal Revenue Agent | Employee ID Number<br>36-09473 | Date: 11-2-2006 |
|---|---|---|

| FROM | Office Location:<br>8125 N. River Dr.<br>Morton Grove, Il. 60053 | Phone (847)581-2074<br>FAX (847)581-1035 | Page 3 |
|---|---|---|---|

Form 4564

Nov. 15. 2006 10:26AM   Agresti Associates                    No. 2103   P. 10
11/07/2006  14:13   6094266894                                         PAGE  10

| Form 4564 | Department of the Treasury<br>Internal Revenue Service<br>Information Document Request | Request Number<br>1 |
|---|---|---|
| To: (Name of Taxpayer and Company, Division or Branch)<br>Michael & Roseanne Koretsky<br>1064 Buck Creek Circle<br>Yardley, PA 19067 | Subject:<br>Distressed Asset Investment | |
| | Submitted to:<br>Taxpayer | |
| | Dates of Previous Requests:<br>N/A | |

Description of documents requested:

and generated documents, computer databases, computer disks and formats, machine readable electronic files or records maintained on a computer, telexes, telegrams, electronic mail (commonly referred to as "email"), and similar or related documents and materials.

INFORMATION REQUESTED

Please provide the information requested in the following sections:

A. Tax Returns and Disclosure Statements

1. Complete copies of your Federal income tax returns and all amended returns for 2002, 2004 and 2005.

2. All disclosure statements made, with a Form 8275, Form 8886, or by any other means, on your federal tax returns and the tax returns of entities controlled by you.

3. All documents relating to any disclosure made by you or on your behalf under Internal Revenue Service Announcement 2002-02 of all transactions, whether listed or unlisted.

4. If you have participated in any settlement initiatives or amnesty programs with any State taxing authority in regard to this transaction, please provide all information provided to the State authority.

| Information Due By 12-4-2006 | At Next Appointment | Mail In | X |
|---|---|---|---|
| Name and Title of Requestor<br>Thomas Pike, Internal Revenue Agent | Employee ID Number<br>36-09473 | Date: 11-2-2006 | |
| FROM | Office Location:<br>8125 N. River Dr.<br>Morton Grove, Il. 60053 | Phone (847)581-2074<br>FAX (847)591-1035 | Page 4 |

Form 4564

| Form 4564 | Department of the Treasury Internal Revenue Service Information Document Request | Request Number 1 |
|---|---|---|

| To: (Name of Taxpayer and Company, Division or Branch) | Subject: Distressed Asset Investment |
|---|---|
| Michael & Roseanne Koretsky 1064 Buck Creek Circle Yardley, PA 19067 | Submitted to: Taxpayer |
| | Dates of Previous Requests: N/A |

Description of documents requested:

**B. Introduction to the Transaction**

1. The names and addresses of all parties who promoted, solicited, endorsed, recommended and/or provided any advice concerning your participation in the Transaction.

2. To the extent not covered by the previous request, the names and addresses of all parties to whom you paid fees or other compensation at any time in connection with your decision to participate in the Transaction.

3. All prospectuses, offering memoranda, brochures, briefing memoranda, diagrams, pitch books, presentations, financial projections, correspondence, videos, tapes, emails and all promotional and marketing documents relating to or describing the Transaction. This request is intended to cover all materials provided by the individuals identified in response to B.1 and B.2 (above) and anyone else.

4. All projections, flowcharts, financial analyses, models, and other documents pertaining to the Transaction, as a whole, and each separate component, transaction, or incremental step of the Transaction.

5. All documents upon which you relied in deciding whether to participate in the Transaction.

6. All minutes, notes, correspondence, emails, calendar entries, and other recordings relating to or reflecting meetings, conferences and telephone conversations in which the Transaction was described to you and during which the Transaction was otherwise discussed. This request is intended to cover all meetings, conferences, and conversations with the individuals identified in response to B.1 and B.2 (above)

| Information Due By   12-4-2006 | At Next Appointment | | Mail in | X |
|---|---|---|---|---|

| | Name and Title of Requestor Thomas Pike, Internal Revenue Agent | Employee ID Number 36-09473 | Date: 11-2-2006 |
|---|---|---|---|
| FROM | Office Location: 8125 N. River Dr. Morton Grove, II. 60053 | Phone (847)681-2074 FAX (847)581-1035 | Page 5 |

Form 4564

Nov. 15. 2006 10:27AM Agresti Associates                                    No. 2103   P. 12
11/07/2006  14:13    6094256894                                                     PAGE  12

| Form 4564 | Department of the Treasury<br>Internal Revenue Service<br>Information Document Request | Request Number |
|---|---|---|
| | | 1 |
| To: (Name of Taxpayer and Company, Division or Branch)<br><br>Michael & Roseanne Koretsky<br>1064 Buck Creek Circle<br>Yardley, PA 19067 | Subject:<br>Distressed Asset Investment | |
| | Submitted to:<br>Taxpayer | |
| | Dates of Previous Requests:<br>N/A | |

Description of documents requested:

and anyone else.

7. All documents discussing or purporting to describe the anticipated tax benefits of the Transaction or the lack thereof.

8. All documents discussing or purporting to describe the anticipated non-tax profit or non-tax loss and anticipated economic consequences to all parties to the Transaction.

9. All analyses of your potential economic risks relating to your participation in the Transaction.

10. All documents that show the maximum potential costs or loss of funds that you could realize as a consequence of participating in the Transaction.

11. All accounting, financial, and economic opinions, reports, emails and memoranda presented to you or anyone on your behalf regarding the Transaction prior to your participation in the program.

C. The Overall Transaction

1. The name(s), address(es), and tax identifying numbers (TINs) of all participants in the Transaction, including, without limitation, the individuals and entities whose basis in assets was purportedly determined by reference to the Transaction or any partnership holding the distressed assets. Indicate the respective role in the Transaction of each person identified.

2. All minutes, notes, correspondence, emails, calendar entries, and other recordings relating to or reflecting meetings, conferences and telephone conversations relating to the implementation and

| Information Due<br>By  12-4-2006 | At Next<br>Appointment | | Mail In | | X |
|---|---|---|---|---|---|
| Name and Title of Requestor<br>Thomas Pike, Internal Revenue Agent | | Employee ID Number<br>36-09473 | | Date: 11-2-2006 | |
| FROM | Office Location:<br>8125 N. River Dr.     Phone (847)581-2074<br>Morton Grove, Il. 60053     FAX (847)581-1035 | | | | Page 6 |

Form 4564

Nov. 15. 2006 10:27AM   Agresti Associates                          No. 2103   P. 13
11/07/2006  14:13    6094268894                                  FAX      13

| Form 4564 | Department of the Treasury<br>Internal Revenue Service<br>Information Document Request | Request Number<br>1 |
|---|---|---|
| To: (Name of Taxpayer and Company,<br>Division or Branch)<br>Michael & Roseanne Koretsky<br>1064 Buck Creek Circle<br>Yardley, PA 19067 | Subject:<br>Distressed Asset Investment | |
| | Submitted to:<br>Taxpayer | |
| | Dates of Previous Requests:<br>N/A | |

Description of documents requested:

execution of the Transaction. This request is intended to cover discussions of each separate component, transaction, or incremental step of the Transaction as well as the Transaction as a whole.

3. All agreements and transactional documents, including all amendments thereto, relating to the Transaction as a whole and each separate component, transaction, or incremental step of the transaction, including without limitation:

    a. Partnership Agreements;
    b. Limited Liability Company (LLC) Operating Agreements;
    c. LLC Member Agreements;
    d. Management Agreements;
    e. Option Agreements;
    f. Trust Agreements;
    g. Articles of Incorporation or Organization;
    h. Asset Allocation Agreements;
    i. Profit and Loss Agreements;
    j. Fee Agreements;
    k. Trading Advisory Agreements;
    l. Loan Agreements;
    m. Deposit Agreements;
    n. Collateral Agreements;
    o. Master Foreign Exchange Agreements;
    p. Master Swap Agreements;
    q. Assignment Agreements;
    r. Liability Sharing Agreements;
    s. Guarantees;
    t. Authorizations;
    u. Withdrawal, Termination, or Distribution Instructions or

| Information Due<br>By 12-4-2006 | At Next<br>Appointment | | Mail In | X |
|---|---|---|---|---|
| | Name and Title of Requestor<br>Thomas Pike, Internal Revenue Agent | Employee ID Number<br>36-09473 | Date: 11-2-2006 | |
| FROM | Office Location:<br>8125 N. River Dr.    Phone (847)581-2074<br>Morton Grove, Il. 60053    FAX (847)581-1035 | | Page 7 | |

Form 4564

Nov. 15. 2006 10:27AM Agresti Associates     No. 2103   P. 14

| Form 4564 | Department of the Treasury<br>Internal Revenue Service<br>Information Document Request | Request Number<br>1 |
|---|---|---|
| To: (Name of Taxpayer and Company,<br>Division or Branch)<br>Michael & Roseanne Koretsky<br>1064 Buck Creek Circle<br>Yardley, PA 19067 | Subject:<br>Distressed Asset Investment | |
| | Submitted to:<br>Taxpayer | |
| | Dates of Previous Requests:<br>N/A | |

Description of documents requested:

      requests; and

   v. Applications, Subscription Agreements, Agreements as to Capital Contribution, Investor Questionnaires and Supplemental Investor Questionnaires.

5. All documents relating to instructions provided to you or to someone on your behalf with respect to any action to be taken by you in connection with the Transaction.

6. All documents relating to instructions provided by you or by someone on your behalf with respect to any action to be taken by someone else in connection with the Transaction.

7. All cancelled checks, wire transfers and/or other documents substantiating any transactional costs, out of pocket investment costs, and/or other

8. All documents relating to or showing your actual non-tax profit or non-tax loss and actual economic non-tax financial impact to you as a result of your participation in the Transaction.

D. Tax Consequences and Treatment of the Transaction

All documents showing how you treated the Transaction for federal income tax purposes, including documents revealing all tax benefits claimed on tax returns in connection with the transaction. This request covers documents that relate to the tax treatment on your individual income tax returns as well as the tax returns of all entities controlled by you directly or indirectly.

| Information Due<br>By 12-4-2006 | At Next<br>Appointment | | Mail in | ☒ |
|---|---|---|---|---|
| | Name and Title of Requestor<br>Thomas Pike, Internal Revenue Agent | Employee ID Number<br>36-09473 | | Date: 11-2-2006 |
| FROM | Office Location:<br>8125 N. River Dr.<br>Morton Grove, IL 60059 | Phone (847)581-2074<br>FAX (847)581-1035 | | Page 8 |

Form 4564

| Form 4564 | Department of the Treasury<br>Internal Revenue Service<br>Information Document Request | Request Number<br>1 |
|---|---|---|
| **To: (Name of Taxpayer and Company, Division or Branch)**<br>Michael & Roseanne Koretsky<br>1064 Buck Creek Circle<br>Yardley, PA 19067 | **Subject:**<br>Distressed Asset Investment | |
| | **Submitted to:**<br>Taxpayer | |
| | **Dates of Previous Requests:**<br>N/A | |

**Description of documents requested:**

**E. Legal and Tax Advice and Opinions**

1. All documents relating or referring to written or oral legal advice or tax advice in connection with your participation in the Transaction, the legal and tax consequences of the transaction, and the tax return position to be taken with respect to items relating to the Transaction.

2. All written legal opinions and tax opinions, including all drafts thereof and amendments or supplements of addenda thereto, relating to your participation in the Transaction, the legal and tax consequences of the transaction, and the tax return position to be taken with respect to items relating to the Transaction.

3. All documents relating to advice that recommended that you should not participate in the Transaction or claim any tax benefits with respect thereto.

4. All engagement letters, representation letters, agreements, and correspondence relating to legal, professional, management, accounting or tax advice relating to the Transaction.

5. All documents relating to the determination of the amount of all fees for legal, professional, management, accounting and tax advice and assistance incurred by you and/or any entity controlled by you in connection with the Transaction.

6. All invoices, billing records, cancelled checks relating to fees for legal, professional, management, accounting and tax advice and assistance with respect to the Transaction. Provide any/all allocations if fees were split amongst parties.

| Information Due<br>By 12-4-2006 | At Next<br>Appointment | | Mail In | | X |
|---|---|---|---|---|---|
| | **Name and Title of Requestor**<br>Thomas Pike, Internal Revenue Agent | | **Employee ID Number**<br>36-09473 | **Date: 11-2-2006** | |
| **FROM** | **Office Location:**<br>8125 N. River Dr.<br>Morton Grove, Il. 60053 | Phone (847)581-2074<br>FAX (847)581-1035 | | Page 9 | |

Form 4564

| Form **W-9**<br>(Rev. November 2005)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer**<br>**Identification Number and Certification** | Give form to the<br>requester. Do not<br>send to the IRS. |

**Print or type**
**See Specific Instructions on page 2.**

Name (as shown on your income tax return)

Business name, if different from above

Check appropriate box: ☐ Individual/ Sole proprietor   ☐ Corporation   ☐ Partnership   ☐ Other ▶ ................   ☐ Exempt from backup withholding

Address (number, street, and apt. or suite no.)

Requester's name and address (optional)

City, state, and ZIP code

List account number(s) here (optional)

**Part I   Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. The TIN provided must match the name given on Line 1 to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

Note. If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number

or

Employer identification number

**Part II   Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. person (including a U.S. resident alien).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. (See the instructions on page 4.)

**Sign Here**   Signature of U.S. person ▶                                   Date ▶

## Purpose of Form

A person who is required to file an information return with the IRS, must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

**U.S. person.** Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee.

In 3 above, if applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

**Note.** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

For federal tax purposes, you are considered a person if you are:

• An individual who is a citizen or resident of the United States,

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States, or

• Any estate (other than a foreign estate) or trust. See Regulations sections 301.7701-6(a) and 7(a) for additional information.

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

The person who gives Form W-9 to the partnership for purposes of establishing its U.S. status and avoiding withholding on its allocable share of net income from the partnership conducting a trade or business in the United States is in the following cases:

• The U.S. owner of a disregarded entity and not the entity,

Cat. No. 10231X                                   Form **W-9** (Rev. 11-2005)

Form W-9 (Rev. 11-2005)              Page **2**

• The U.S. grantor or other owner of a grantor trust and not the trust, and

• The U.S. trust (other than a grantor trust) and not the beneficiaries of the trust.

**Foreign person.** If you are a foreign person, do not use Form W-9. Instead, use the appropriate Form W-8 (see Publication 515, Withholding of Tax on Nonresident Aliens and Foreign Entities).

**Nonresident alien who becomes a resident alien.** Generally, only a nonresident alien individual may use the terms of a tax treaty to reduce or eliminate U.S. tax on certain types of income. However, most tax treaties contain a provision known as a "saving clause." Exceptions specified in the saving clause may permit an exemption from tax to continue for certain types of income even after the recipient has otherwise become a U.S. resident alien for tax purposes.

If you are a U.S. resident alien who is relying on an exception contained in the saving clause of a tax treaty to claim an exemption from U.S. tax on certain types of income, you must attach a statement to Form W-9 that specifies the following five items:

1. The treaty country. Generally, this must be the same treaty under which you claimed exemption from tax as a nonresident alien.

2. The treaty article addressing the income.

3. The article number (or location) in the tax treaty that contains the saving clause and its exceptions.

4. The type and amount of income that qualifies for the exemption from tax.

5. Sufficient facts to justify the exemption from tax under the terms of the treaty article.

*Example.* Article 20 of the U.S.-China income tax treaty allows an exemption from tax for scholarship income received by a Chinese student temporarily present in the United States. Under U.S. law, this student will become a resident alien for tax purposes if his or her stay in the United States exceeds 5 calendar years. However, paragraph 2 of the first Protocol to the U.S.-China treaty (dated April 30, 1984) allows the provisions of Article 20 to continue to apply even after the Chinese student becomes a resident alien of the United States. A Chinese student who qualifies for this exception (under paragraph 2 of the first protocol) and is relying on this exception to claim an exemption from tax on his or her scholarship or fellowship income would attach to Form W-9 a statement that includes the information described above to support that exemption.

If you are a nonresident alien or a foreign entity not subject to backup withholding, give the requester the appropriate completed Form W-8.

**What is backup withholding?** Persons making certain payments to you must under certain conditions withhold and pay to the IRS 28% of such payments (after December 31, 2002). This is called "backup withholding." Payments that may be subject to backup withholding include interest, dividends, broker and barter exchange transactions, rents, royalties, nonemployee pay, and certain payments from fishing boat operators. Real estate transactions are not subject to backup withholding.

You will not be subject to backup withholding on payments you receive if you give the requester your correct TIN, make the proper certifications, and report all your taxable interest and dividends on your tax return.

**Payments you receive will be subject to backup withholding if:**

1. You do not furnish your TIN to the requester,

2. You do not certify your TIN when required (see the Part II instructions on page 4 for details),

3. The IRS tells the requester that you furnished an incorrect TIN,

4. The IRS tells you that you are subject to backup withholding because you did not report all your interest and dividends on your tax return (for reportable interest and dividends only); or

5. You do not certify to the requester that you are not subject to backup withholding under 4 above (for reportable interest and dividend accounts opened after 1983 only).

Certain payees and payments are exempt from backup withholding. See the instructions below and the separate instructions for the Requester of Form W-9.

Also see *Special rules regarding partnerships* on page 1.

## Penalties

**Failure to furnish TIN.** If you fail to furnish your correct TIN to a requester, you are subject to a penalty of $50 for each such failure unless your failure is due to reasonable cause and not to willful neglect.

**Civil penalty for false information with respect to withholding.** If you make a false statement with no reasonable basis that results in no backup withholding, you are subject to a $500 penalty.

**Criminal penalty for falsifying information.** Willfully falsifying certifications or affirmations may subject you to criminal penalties including fines and/or imprisonment.

**Misuse of TINs.** If the requester discloses or uses TINs in violation of federal law, the requester may be subject to civil and criminal penalties.

## Specific Instructions

### Name

If you are an individual, you must generally enter the name shown on your income tax return. However, if you have changed your last name, for instance, due to marriage without informing the Social Security Administration of the name change, enter your first name, the last name shown on your social security card, and your new last name.

If the account is in joint names, list first, and then circle, the name of the person or entity whose number you entered in Part I of the form.

**Sole proprietor.** Enter your individual name as shown on your income tax return on the "Name" line. You may enter your business, trade, or "doing business as (DBA)" name on the "Business name" line.

**Limited liability company (LLC).** If you are a single-member LLC (including a foreign LLC with a domestic owner) that is disregarded as an entity separate from its owner under Treasury regulations section 301.7701-3, enter the owner's name on the "Name" line. Enter the LLC's name on the "Business name" line. Check the appropriate box for your filing status (sole proprietor, corporation, etc.), then check the box for "Other" and enter "LLC" in the space provided.

**Other entities.** Enter your business name as shown on required federal tax documents on the "Name" line. This name should match the name shown on the charter or other legal document creating the entity. You may enter any business, trade, or DBA name on the "Business name" line.

**Note.** You are requested to check the appropriate box for your status (individual/sole proprietor, corporation, etc.).

### Exempt From Backup Withholding

If you are exempt, enter your name as described above and check the appropriate box for your status, then check the "Exempt from backup withholding" box in the line following the business name, sign and date the form.

Form W-9 (Rev. 11-2005) Page 3

Generally, individuals (including sole proprietors) are not exempt from backup withholding. Corporations are exempt from backup withholding for certain payments, such as interest and dividends.

**Note.** If you are exempt from backup withholding, you should still complete this form to avoid possible erroneous backup withholding.

**Exempt payees.** Backup withholding is not required on any payments made to the following payees:

1. An organization exempt from tax under section 501(a), any IRA, or a custodial account under section 403(b)(7) if the account satisfies the requirements of section 401(f)(2),

2. The United States or any of its agencies or instrumentalities,

3. A state, the District of Columbia, a possession of the United States, or any of their political subdivisions or instrumentalities,

4. A foreign government or any of its political subdivisions, agencies, or instrumentalities, or

5. An international organization or any of its agencies or instrumentalities.

Other payees that may be exempt from backup withholding include:

6. A corporation,

7. A foreign central bank of issue,

8. A dealer in securities or commodities required to register in the United States, the District of Columbia, or a possession of the United States,

9. A futures commission merchant registered with the Commodity Futures Trading Commission,

10. A real estate investment trust,

11. An entity registered at all times during the tax year under the Investment Company Act of 1940,

12. A common trust fund operated by a bank under section 584(a),

13. A financial institution,

14. A middleman known in the investment community as a nominee or custodian, or

15. A trust exempt from tax under section 664 or described in section 4947.

The chart below shows types of payments that may be exempt from backup withholding. The chart applies to the exempt recipients listed above, 1 through 15.

| IF the payment is for ... | THEN the payment is exempt for ... |
|---|---|
| Interest and dividend payments | All exempt recipients except for 9 |
| Broker transactions | Exempt recipients 1 through 13. Also, a person registered under the Investment Advisers Act of 1940 who regularly acts as a broker |
| Barter exchange transactions and patronage dividends | Exempt recipients 1 through 5 |
| Payments over $600 required to be reported and direct sales over $5,000 [1] | Generally, exempt recipients 1 through 7 [2] |

[1] See Form 1099-MISC, Miscellaneous Income, and its instructions.

[2] However, the following payments made to a corporation (including gross proceeds paid to an attorney under section 6045(f), even if the attorney is a corporation) and reportable on Form 1099-MISC are not exempt from backup withholding: medical and health care payments, attorneys' fees; and payments for services paid by a federal executive agency.

## Part I. Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. If you are a resident alien and you do not have and are not eligible to get an SSN, your TIN is your IRS individual taxpayer identification number (ITIN). Enter it in the social security number box. If you do not have an ITIN, see *How to get a TIN* below.

If you are a sole proprietor and you have an EIN, you may enter either your SSN or EIN. However, the IRS prefers that you use your SSN.

If you are a single-owner LLC that is disregarded as an entity separate from its owner (see *Limited liability company (LLC)* on page 2), enter your SSN (or EIN, if you have one). If the LLC is a corporation, partnership, etc., enter the entity's EIN.

**Note.** See the chart on page 4 for further clarification of name and TIN combinations.

**How to get a TIN.** If you do not have a TIN, apply for one immediately. To apply for an SSN, get Form SS-5, Application for a Social Security Card, from your local Social Security Administration office or get this form online at *www.socialsecurity.gov*. You may also get this form by calling 1-800-772-1213. Use Form W-7, Application for IRS Individual Taxpayer Identification Number, to apply for an ITIN, or Form SS-4, Application for Employer Identification Number, to apply for an EIN. You can apply for an EIN online by accessing the IRS website at *www.irs.gov/businesses* and clicking on Employer ID Numbers under Related Topics. You can get Forms W-7 and SS-4 from the IRS by visiting *www.irs.gov* or by calling 1-800-TAX-FORM (1-800-829-3676).

If you are asked to complete Form W-9 but do not have a TIN, write "Applied For" in the space for the TIN, sign and date the form, and give it to the requester. For interest and dividend payments, and certain payments made with respect to readily tradable instruments, generally you will have 60 days to get a TIN and give it to the requester before you are subject to backup withholding on payments. The 60-day rule does not apply to other types of payments. You will be subject to backup withholding on all such payments until you provide your TIN to the requester.

**Note.** Writing "Applied For" means that you have already applied for a TIN or that you intend to apply for one soon.

**Caution:** *A disregarded domestic entity that has a foreign owner must use the appropriate Form W-8.*

Form W-9 (Rev. 11-2005)                                                                      Page 4

## Part II. Certification

To establish to the withholding agent that you are a U.S. person, or resident alien, sign Form W-9. You may be requested to sign by the withholding agent even if Items 1, 4, and 5 below indicate otherwise.

For a joint account, only the person whose TIN is shown in Part I should sign (when required). Exempt recipients, see *Exempt From Backup Withholding* on page 2.

**Signature requirements. Complete the certification as indicated in 1 through 5 below.**

1. Interest, dividend, and barter exchange accounts opened before 1984 and broker accounts considered active during 1983. You must give your correct TIN, but you do not have to sign the certification.

2. Interest, dividend, broker, and barter exchange accounts opened after 1983 and broker accounts considered inactive during 1983. You must sign the certification or backup withholding will apply. If you are subject to backup withholding and you are merely providing your correct TIN to the requester, you must cross out item 2 in the certification before signing the form.

3. Real estate transactions. You must sign the certification. You may cross out item 2 of the certification.

4. Other payments. You must give your correct TIN, but you do not have to sign the certification unless you have been notified that you have previously given an incorrect TIN. "Other payments" include payments made in the course of the requester's trade or business for rents, royalties, goods (other than bills for merchandise), medical and health care services (including payments to corporations), payments to a nonemployee for services, payments to certain fishing boat crew members and fishermen, and gross proceeds paid to attorneys (including payments to corporations).

5. Mortgage interest paid by you, acquisition or abandonment of secured property, cancellation of debt, qualified tuition program payments (under section 529), IRA, Coverdell ESA, Archer MSA or HSA contributions or distributions, and pension distributions. You must give your correct TIN, but you do not have to sign the certification.

## What Name and Number To Give the Requester

| For this type of account: | Give name and SSN of: |
|---|---|
| 1. Individual | The individual |
| 2. Two or more individuals (joint account) | The actual owner of the account or, if combined funds, the first individual on the account [1] |
| 3. Custodian account of a minor (Uniform Gift to Minors Act) | The minor [2] |
| 4. a. The usual revocable savings trust (grantor is also trustee) | The grantor-trustee [1] |
| b. So-called trust account that is not a legal or valid trust under state law | The actual owner [1] |
| 5. Sole proprietorship or single-owner LLC | The owner [3] |

| For this type of account: | Give name and EIN of: |
|---|---|
| 6. Sole proprietorship or single-owner LLC | The owner [3] |
| 7. A valid trust, estate, or pension trust | Legal entity [4] |
| 8. Corporate or LLC electing corporate status on Form 8832 | The corporation |
| 9. Association, club, religious, charitable, educational, or other tax-exempt organization | The organization |
| 10. Partnership or multi-member LLC | The partnership |
| 11. A broker or registered nominee | The broker or nominee |
| 12. Account with the Department of Agriculture in the name of a public entity (such as a state or local government, school district, or prison) that receives agricultural program payments | The public entity |

[1] List first and circle the name of the person whose number you furnish. If only one person on a joint account has an SSN, that person's number must be furnished.

[2] Circle the minor's name and furnish the minor's SSN.

[3] You must show your individual name and you may also enter your business or "DBA" name on the second name line. You may use either your SSN or EIN (if you have one). If you are a sole proprietor, IRS encourages you to use your SSN.

[4] List first and circle the name of the legal trust, estate, or pension trust. (Do not furnish the TIN of the personal representative or trustee unless the legal entity itself is not designated in the account title.) Also see *Special rules regarding partnerships* on page 1.

Note. If no name is circled when more than one name is listed, the number will be considered to be that of the first name listed.

## Privacy Act Notice

Section 6109 of the Internal Revenue Code requires you to provide your correct TIN to persons who must file information returns with the IRS to report interest, dividends, and certain other income paid to you, mortgage interest you paid, the acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA, or Archer MSA or HSA. The IRS uses the numbers for identification purposes and to help verify the accuracy of your tax return. The IRS may also provide this information to the Department of Justice for civil and criminal litigation, and to cities, states, the District of Columbia, and U.S. possessions to carry out their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You must provide your TIN whether or not you are required to file a tax return. Payers must generally withhold 28% of taxable interest, dividend, and certain other payments to a payee who does not give a TIN to a payer. Certain penalties may also apply.