**SEYFARTH SHAW** LLP
ATTORNEYS

Writer's direct phone
(312) 460-5909

Writer's e-mail
krosella@seyfarth.com

Writer's direct fax
(312) 460-7909

131 South Dearborn Street
Suite 2400
Chicago, IL  60603-5577
312-460-5000
fax 312-460-7000
www.seyfarth.com

November 27, 2006

**VIA EMAIL AND**
**FEDERAL EXPRESS**

Michael and Roseanne Koretsky
1064 Buck Creek Circle
Yardly, PA  19067

    *Re:*    *I.R.S. Information Document Request 1*

Dear Mr. and Mrs. Koretsky:

We have received the information document request from the I.R.S. and are in the process of responding to it. We need the following information from you in order to complete the I.R.S.'s requests:

1. Have you participated in any settlement initiatives or amnesty programs with any State taxing authority in regard to this transaction?

2. The names and addresses of all parties who promoted, solicited, endorsed, recommended and/or provided any advice concerning your participation in **the Transaction**.

3. . To the extent not covered by the previous request, the names and addresses of all parties to whom you paid fees or other compensation at any time in connection with your decision to participate in **the Transaction**.

4. All promotional and marketing documents relating to or describing **the Transaction**. This request is intended to cover all materials provided by the individuals identified in response to 2 and 3 (above) and anyone else.

5. All projections, flowcharts, financial analyses, models, and other documents pertaining to **the Transaction**.

6. All documents upon which you relied in deciding whether to participate in **the Transaction**.

BRUSSELS   WASHINGTON, D.C.   SAN FRANCISCO   SACRAMENTO   NEW YORK   LOS ANGELES   HOUSTON   CHICAGO   BOSTON   ATLANTA

CHI 11142721.1

# EXHIBIT "H"



7.      All minutes, notes, correspondence, emails, calendar entries, and other recordings relating to or reflecting meetings, conferences and telephone conversations in which the **Transaction** was described to you and during which the **Transaction** was otherwise discussed. This request is intended to cover all meetings, conferences, and conversations with the individuals identified in response to 2 and 3 (above) and anyone else.

8.   ·   All documents discussing or describing the anticipated tax benefits of the **Transaction** or the lack thereof.

9.      All documents discussing or describing the anticipated non-tax profit or non-tax loss and anticipated economic consequences to all parties to the **Transaction**.

10.     All analyses of your potential economic risks relating to your participation in the **Transaction**.

11.     All documents that show the maximum potential costs or loss of funds that you could realize as a consequence of participating in the **Transaction**.

12.     All accounting, financial, and economic opinions, reports, emails and memoranda presented to you or anyone on your behalf regarding the **Transaction** prior to your participation in the program.

13.     All minutes, notes, correspondence, emails, calendar entries, and other recordings relating to or reflecting meetings, conferences and telephone conversations relating to the implementation and execution of the **Transaction**. This request is intended to cover discussions of each separate component, transaction, or incremental step of the **Transaction** as well as the **Transaction** as a whole.

14.     All documents relating to instructions provided to you or to someone on your behalf with respect to any action to be taken by you in connection with the **Transaction**.

15.     All documents relating to instructions provided by you or by someone on your behalf with respect to any action to be taken by someone else in connection with the **Transaction**.

16.     All cancelled checks, wire transfers and/or other documents substantiating any transactional costs, out of pocket investment costs.

17.     All documents relating to or showing your actual non-tax profit or non-tax loss and actual economic non-tax financial impact to you as a result of your participation in the **Transaction**.

18. .  ·  All documents relating to advice that recommended that you should not participate in the **Transaction** or claim any tax benefits with respect thereto.

Please be advised that the responses to the Information Document Requests are due on Monday, December 4, 2006. To facilitate communication and transfer of documents, feel free to

CHI 11142721.1



Michael and Roseanne Koretsky
November 27, 2006
Page 3

fax and e-mail any responsive document to us at 312-460-7909 (direct fax) and krosella@seyfarth.com. Additionally, if you have any questions my direct line is 312-460-5909 and cell phone number is 734-649-9873. Thank you for your assistance in this matter.

Very truly yours,

SEYFARTH SHAW LLP

Kristin J. Rosella

cc:   John E. Rogers
      Sweta Shah

CH1 11142721.1