

**SEYFARTH SHAW** LLP
ATTORNEYS

131 South Dearborn Street
Suite 2400
Chicago, IL 60603-5577
312-460-5000
fax 312-460-7000
www.seyfarth.com

Writer's direct phone
(312) 460-5909
Writer's e-mail
krosella@seyfarth.com

December 1, 2006

**VIA E-MAIL**

Michael & Roseanne Koretsky
1064 Buck Creek Circle
Yardly, PA   19067

  *Re: I.R.S. Information Document Request 1*

Dear Mr. & Mrs. Koretsky:

  IRS procedures require us to secure a conflict of interest waiver for Seyfarth Shaw LLP's representation of you in the audit defense for the distressed asset transaction. Seyfarth Shaw LLP participated in providing tax advice and prepared the transaction documents, and we represent your trading companies as well as other investors.

  We believe that we can provide competent and diligent representation for you without conflict of interest. If you agree to waive this potential conflict of interest, please sign below and return this letter to us. Because you filed a joint return, Mrs. Koretsky must also sign this letter and agree to waive any potential conflict of interest.

       Very truly yours,

       SEYFARTH SHAW LLP

       Kristin Jean Rosella

**AGREED:**

By: _____
  Michael Koretsky

By: _____
  Roseanne Koretsky

CHI 11144481.1

(margin, vertical) BRUSSELS  WASHINGTON, D.C.  SAN FRANCISCO  SACRAMENTO  NEW YORK  LOS ANGELES  HOUSTON  CHICAGO  BOSTON  ATLANTA

**EXHIBIT "I"**