*Rogers & Associates*
ATTORNEYS

55 West Monroe Street
Suite 2400
Chicago, Illinois 60603

June 8, 2011

***Via Certified Mail***
Michael Koretsky
59 Lake Drive
Heightstown, NJ 08520

Re:  Engagement of Rogers & Associates

Dear Mr. Koretsky:

Thank you for retaining Rogers & Associates. We look forward to representing you with respect to certain tax and related matters. Naturally, the scope of our representation may be limited or expanded from time to time. We look forward to working with you in this engagement and to developing a mutually satisfactory relationship.

The purpose of this engagement letter is to confirm our engagement as your counsel and to provide you with certain information concerning our fees, billing and collection policies and other terms that will govern our relationship and to discuss such important conflict of interest issues as may be suggested by our relationship or the nature or scope of our engagement. Although we do not wish to be overly formal in our relationship with you, we have found it to be a helpful practice to confirm with our clients in writing the nature and terms of our representation. Attached to this letter are our Firm's Standard Terms of Engagement, which will govern our relationship except as specifically stated otherwise in this engagement letter. Please review these terms and let me know if you have any questions about them.

Our fees for this engagement will be based upon the hourly billing rates in effect at the time of service for each attorney and paralegal that devotes time to your service. My current billing rate is $800.00 per hour and between $150.00 and $300.00 per hour for our associates. We record our time in units of one-quarter of an hour. We typically adjust our rates annually, in January of each year.

You are aware that the Firm represents many other companies and individuals. It is possible that during the time we are representing you or an affiliate, some of our present or future clients have or will have disputes or transactions with you or an affiliate. You agree that we may continue to represent or may undertake in the future to represent existing or new clients in any matter that is not substantially related to our work for you even if the interests of such clients in those other matters are directly adverse to you or an affiliate, including, for example, representing adverse parties in litigation. We agree, however, that your prospective consent to conflicting representation

**EXHIBIT "J"**

Mr. Koretsky
June 8, 2011
Page 2

contained in the preceding sentence shall not apply in the instance of any matter where, as a result of our representation of you, we have obtained proprietary or other confidential information of a nonpublic nature, that, if known to such other client, could be used in such other matter to your material disadvantage. You should know that we have a policy of including similar agreements in engagements letters with other clients. If the terms described above and in the Terms of Engagement are satisfactory, please so indicate by signing in the space provided below and please return the signed copy to me at your earliest convenience. We look forward to working with you.

Very truly yours,

ROGERS & ASSOCIATES

John E. Rogers

Enclosure: Standard Terms of Engagement

**Agreed:**

By _____
    Mr. Michael Koretsky