*Rogers & Associates*
ATTORNEYS

55 West Monroe Street
Suite 2400
Chicago, Illinois 60603

June 8, 2011

***Via Certified Mail***
Michael Koretsky
59 Lake Drive
Heightstown, NJ 08520

Re:   Waiver of Conflict of Interest for Michael Koretsky

Dear Mr. Koretsky:

Several authorities, including Internal Revenue Service procedures, require us to secure a conflict of interest waiver for Rogers & Associates' representation of you. Members of Rogers and Associates have prepared transactional documents for you. Incidental thereto, the Internal Revenue Service may consider us to have rendered tax advice to you. Additionally, Rogers & Associates may represent other investors involved in similar and or virtually identical audits to your tax years 2003 and 2004. Also, there may be among Rogers & Associates' current clients, parties with interests conflicting with yours. If any issues arise with respect to these matters, we cannot advise you or other clients on these issues and must recommend to you, as well as to such other clients, to consult an independent attorney regarding such issues.

Notwithstanding the potential conflicts set forth above, at this time we know of no direct conflicts among current clients and you preventing us from providing competent and diligent representation for you. Should you desire representation beyond this defined scope, or should a direct conflict arise in the future, we may be required to withdraw from our representation of you. If you agree to waive these potential conflicts of interest and to the additional terms contained herein, please sign below and return this letter to us.

Very truly yours,

John E. Rogers

Rogers & Associates

**Agreed:**

By _____
Michael Koretsky

# EXHIBIT "K"